# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CIVIL ACTION NO. 5:25-CV-00815-FL

MORGAN FOODS, INC.,

    Plaintiff,

vs.

MID AMERICA FREIGHT
LOGISTICS, LLC,

    Defendant.

**JOINT RULE 26(F) REPORT**

1.    Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.1(b), a meeting was held on March 17, 2026, via telephone and was attended by J. Matthew Little and Dakota Coates for Plaintiff and William Brasher, Oumayma El Hamzaoui, and William W. Stewart, Jr. for Defendant.

2.    Discovery Plan. The Parties propose to the Court the following discovery plan:

    A.    Discovery will be needed on the following subjects:

- Matters relevant to the claims and defenses asserted in the parties' pleadings in this matter.

- Matters relevant to Plaintiff's damages.

    B.    Discovery shall be placed on a case-management track established in L.R. 26.1. The Parties agree that the appropriate plan for this case (with the stipulated

modifications by the Parties set forth below) is that designated in L.R. 26.1(a) as: Complex.[i]

      C.    The date for the completion of all discovery (general and expert) is: December 18, 2026.

      D.    Stipulated modifications to the case management track include:

- The fact discovery period shall be an approximately nine-month period, concluding December 18, 2026. The dispositive motion deadline shall be March 5, 2027.

- With regard to depositions, the Parties agree on the following limits:

  - Plaintiff shall have the right to take 15 fact depositions, as well as expert depositions for each expert designated by Defendant; and

  - Defendant shall have the right to take 15 fact depositions, as well as expert depositions for each expert designated by Plaintiff.

- With regard to Interrogatories and Requests for Admission, the Parties agree on the following limits (inclusive of sub-parts):

  - Plaintiff shall have 25 Interrogatories, 35 Requests for Production and 50 Requests for Admission; and

  - Defendant shall have 25 Interrogatories, 35 Requests for Production and 50 Requests for Admission.

2

- With regard to initial disclosures under Rule 26(a)(1), the Parties shall serve their initial disclosures by April 17, 2026.

E.    Required disclosures for experts under Rule 26(a)(2) are due during the discovery period.

- From Plaintiff by September 18, 2026.

- From Defendant by October 19, 2026.

F.    Supplementations under Rule 26(e) are due: As soon as practicable upon discovery that any information previously produced was incomplete or incorrect, and in no event later than November 17, 2026.

3.    Mediation. Mediation should be conducted following written discovery or before, the exact date to be set by the mediator after consultation with the Parties. The Parties agree that the mediator shall be Paul Flick.  The deadline for holding the mediation conference is January 15, 2027.

4.    Preliminary Deposition Schedule. The Parties plan to conduct fact depositions primarily in the Summer of 2026. The Parties will work to schedule specific dates. The Parties plan to conduct expert depositions after the designation of experts.

5.    Other Items.

A.    Amendments to the Pleadings

Plaintiff should be allowed until August 17, 2026, to request leave to join additional parties or amend pleadings.

Defendant should be allowed until August 31, 2026, to request leave to join additional parties or amend pleadings.

3

After these dates, the Court will consider, *inter alia*, whether the granting of leave would delay trial.

B.	Magistrates. The Parties have discussed special procedures for managing this case, including reference of the case to a Magistrate Judge on consent of the Parties under 28 U.S.C. § 636(c), or appointment of a master: The Parties do not consent under 28 U.S.C. § 636(c) at this time and do not require appointment of a master.

C.	Trial. Trial of this action is expected to take approximately 8-10 days. A jury trial has been demanded.

D.	Pursuant to L.R. 5.4(b)(1), the Parties do not believe that this case will involve sealed documents.  It is anticipated that Defendant will redact confidential rate information which Plaintiff has no objection to.

This the 18th  day of March, 2026.

**TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.**

BY:	*/s/ J. Matthew Little*	
	J. Matthew Little, NC State Bar No. 20032
	Daniel T. Strong, NC State Bar N.
	Teague Campbell Dennis & Gorham, LLP
	P.O. Box 19207
	Raleigh, NC  2619-9207
	mlittle@teaguecampbell.com
	dstrong@teaguecampbell.com
	***Attorneys for Plaintiff***

**ICE MILLER LLP**

/s/ Dakota M. Coates	
Dakota M. Coates , Indiana Bar. No. 36800-30
Andrew J. Miroff , Indiana Bar. No. 21749-49
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Dakota.Coates@icemiller.com

drew.miroff@icemiller.com
*Attorney for Morgan Foods, Inc.*

**GORDON STEWART SPRADLIN, PLLC**

BY:     */s/Oumayma El Hamzaoui*
Oumayma El Hamzaoui
William W. Stewart, Jr.
1101 Haynes Street, Suite 104
Raleigh, NC  27604
oelhamzaoui@gssatorneys.com
bstewart@gssattorneys.com

***Attorneys for Defendant Mid America***
***Freight Logistics, LLC***

**REIFERS HOLMES & PETERS, LLC**

BY:     */s/William A. Brasher*
William A. Brasher, admitted *pro hac vice*
1010 Market Street, Suite 950
St. Louis, MO  63101
wbrasher@rhpfirm.com

***Attorneys for Defendant Mid America***
***Freight Logistics, LLC***

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **JOINT RULE 26(F) REPORT** with the Court through the CM/ECF system which will serve notification of such filing to all CM/ECF participants.

Oumayma El Hamzaoui
William W. Stewart, Jr.
Gordon Stewart Spradlin, PLLC
1101 Haynes Street, Suite 104
Raleigh, NC  27604
oelhamzaoui@gssatorneys.com
bstewart@gssattorneys.com
*Attorneys for Defendant Mid America*
*Freight Logistics, LLC*

William A. Brasher
Reifers, Holmes & Peters, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
wbrasher@rhpfirm.com
*Attorney for Mid America Freight Logistics, LLC*

This the 18th  day of March, 2026.

TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.

BY: */s/ J. Matthew Little*_____
      J. Matthew Little

6

---

[i] The Parties bring to the Court's attention a Motion to Consolidate filed in Morgan Foods v. First Call Logistics, LLC  and DE #19. Case No. 4:25-cv-227